**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MELISSA THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 1:26-cv-1107 |
| v. | ) | |
| | ) | |
| NICOR GAS COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR ENTRY OF AGREED CONFIDENTIALITY ORDER**

Defendant Nicor Gas Company ("Nicor"), pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and Rule 26.2 of the Local Rules of the Unted States District Court of the Northern District of Illinois, respectfully requests that the Court enter the attached Agreed Confidentiality Order. *See* Exhibit A (including the parties' modifications to the Court's shell in tracked changes) & Exhibit B (clean version). The parties have conferred and believe that the entry of the attached Agreed Confidentiality Order will facilitate discovery and help protect against the unnecessary disclosure of confidential materials such that good cause exists for the entry of the Order.

WHEREFORE, Nicor requests that the Court grant this motion and enter the attached Agreed Confidentiality Order.

1

DATED:  June 16, 2026

Respectfully submitted,

NICOR GAS COMPANY

*/s/ Bryan Vayr*
Christina Forte Meddin *(pro hac vice*
forthcoming*)*
cmeddin@seyfarth.com

SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia  30309-3958
Telephone:  (404) 885-1500
Facsimile:   (404) 892-7056

Bryan Vayr, Bar No. 6327729
bvayr@seyfarth.com

SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois  60606-6448
Telephone:  (312) 460-5000
Facsimile:   (312) 460-7000

*Attorneys for Defendant*
*Nicor Gas Company*

2

## CERTIFICATE OF SERVICE

The undersigned, an attorney, does hereby certify that on June 16, 2026 he caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send email notification of such filing to participating parties.


/s/ Bryan Vayr
Bryan Vayr
Counsel for Defendant